Order issued November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00427-CR

---

### JOSHUA O'NEAL WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

---

Before Justices Richter, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the September 5, 2012 motion of Deborah Ellison Farris for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Deborah Ellison Farris as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joshua O'Neal White, No. 12011949, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

_____
LANA MYERS
JUSTICE